# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JASON ADAM JENSEN,

    Plaintiff,

v.                                                                                             Case No: 8:21-cv-473-MSS-AAS

BAYCARE BEHAVIORAL
HEALTH, INC., BAYCARE
ALLIANT HOSPITAL, INC., JOHN
DOE 1-3, Administrator/Nurse, JANE
DOE, Administrator/Nurse, and
SCOTT RIVKEES, M.D., Florida
Department of Health Surgeon
General,

    Defendants.

_____

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Notice of Plaintiff's Objections to, and Memorandum on, Order Dated March 2, 2021. (Dkt. 8) Therein, Plaintiff, proceeding *pro se*, objects to the Magistrate Judge Amanda Arnold Sansone's March 2, 2021 Order taking his Motion for leave to proceed *in forma pauperis* under advisement ("Order"). (Dkt. 5) In the Order, Judge Sansone explains that Plaintiff has failed to file an affidavit of indigency or state a cognizable cause of action, grants him until April 2, 2021 to cure those defects, and takes the Motion for leave to proceed *in forma pauperis* under advisement. (Id.)

Upon consideration, the Court finds that Plaintiff's objections are due to be **OVERRULED**. The Magistrate Judge is correct in her initial assessment that the

Complaint, as pleaded, does not state a cognizable claim for relief. Likewise, the Magistrate Judge is correct that Plaintiff cannot proceed *in forma pauperis* without submitting an affidavit of indigency. Plaintiff shall have up to and including April 13, 2021 to amend his Complaint and file an affidavit of indigency. Failure to do so will result in the denial of his Motion for leave to proceed *in forma pauperis* and the dismissal of his Complaint. Should this occur, Plaintiff will need to pay the filing fee in order to proceed with any amended pleading in this matter.

Accordingly, the Court **ORDERS** as follows:

1. Plaintiff's Objections, (Dkt. 8), are **OVERRULED**.
2. Plaintiff shall have up to and including **April 13, 2021** to amend his Complaint and file an affidavit of indigency. Alternatively, Plaintiff may pay the filing fee and file an amended complaint.

**DONE** and **ORDERED** in Tampa, Florida, this 6th day of April 2021.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person