UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASON ADAM JENSEN,

    Plaintiff,

v.                                                       Case No. 8:21-cv-473-MSS-AAS

BAYCARE BEHAVIORAL
HEALTH, INC., BAYCARE
ALLIANT HOSPITAL, INC., JOHN
DOE 1-3, Administrator/Nurse, JANE
DOE, Administrator/Nurse, and
SCOTT RIVKEES, M.D., Florida
Department of Health Surgeon
General,

    Defendants.

_____/

## ORDER

After reviewing Jason Adam Jensen's Complaint and Motion to proceed *in forma pauperis* (Dkts. 1, 2), Magistrate Judge Amanda Arnold Sansone took Plaintiff's Motion under advisement pending Plaintiff submitting an amended complaint to cure the pleading defects and an affidavit of indigency by April 2, 2021. (Dkt. 5) In the March 2, 2021 Order, Judge Sansone cautioned Plaintiff that the failure to do so "will result in a recommendation of denial of the motion to proceed *in forma pauperis* and dismissal." (Id. at 7)

1

On April 1, 2021, Plaintiff objected to the Judge Sansone's Order. (Dkt. 8) The Court overruled Plaintiff's objections and allowed him until April 13, 2021 to amend his Complaint and file an affidavit of indigency or pay the filing fee. (Dkt. 10) The Court again warned Plaintiff that failure to comply with the Order would result in the denial of his Motion to proceed *in forma pauperis* and the dismissal of his Complaint. (Id. at 2) As of the date of this Order, Plaintiff has failed to either file an affidavit of indigency and amended complaint or pay the filing fee.

Upon consideration of the foregoing, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion to proceed *in forma pauperis*, (Dkt. 2), is **DENIED**.
2. This case is **DISMISSED without prejudice** for failure to comply with the Court's Orders to amend the complaint and file an affidavit of indigency or pay the required filing fee. The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida this 20th day of April 2020.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party